**Fill in this information to identify the case:**

Debtor 1: Roberto Lopez

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 12-28123

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Federal National Mortgage Assoc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 0 7

**Property address:** 2418 W. BLOOMINGDALE AVE
Number  Street

CHICAGO    IL 60647
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __/__/____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:            (a) $ 20,123.37

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.                      (c) $ 20,123.37

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 04/01/2014 MM/DD/YYYY

# POST-PETITION PAYMENT HISTORY

**Name:** LOPEZ
**Loan #:**
**Case #:** 12-28123
**Date Filed:** 7/16/12
**Date Modified (MODH):**

| Date Received | Amount Received | $ Applied To Payment | Post-Petition Date Paid | Paid To Suspense | Running Suspense Total | |
|---|---|---|---|---|---|---|
| | | | | | $ - | |
| 8/7/2012 | $ 363.45 | | | $363.45 | $ 363.45 | |
| 12/5/2013 | $ 363.45 | $725.90 | 8/1/2012 | ($362.45) | $ 1.00 | POC |
| 4/10/2015 | $ 650.00 | | | $650.00 | $ 651.00 | |
| 4/21/2015 | $ 650.00 | $725.90 | 9/1/2012 | ($75.90) | $ 575.10 | |
| 5/30/2015 | $ 650.00 | $725.90 | 10/1/2012 | ($75.90) | $ 499.20 | |
| 7/6/2015 | $ 650.00 | $725.90 | 11/1/2012 | ($75.90) | $ 423.30 | |
| 7/29/2015 | $ 650.00 | $725.90 | 12/1/2012 | ($75.90) | $ 347.40 | |
| 9/25/2015 | $ 650.00 | $725.90 | 1/1/2013 | ($75.90) | $ 271.50 | |
| 9/30/2015 | $ 650.00 | $725.90 | 2/1/2013 | ($75.90) | $ 195.60 | |
| 11/6/2015 | $ 650.00 | $725.90 | 3/1/2013 | ($75.90) | $ 119.70 | |
| 11/29/2015 | $ 650.00 | $725.90 | 4/1/2013 | ($75.90) | $ 43.80 | |
| 1/12/2016 | $ 650.00 | | | $650.00 | $ 693.80 | |
| 2/1/2016 | $ 650.00 | $725.90 | 5/1/2013 | ($75.90) | $ 617.90 | |
| 2/22/2016 | $ 650.00 | $725.90 | 6/1/2013 | ($75.90) | $ 542.00 | |
| 3/21/2016 | $ 650.00 | $725.90 | 7/1/2013 | ($75.90) | $ 466.10 | |
| 4/25/2016 | $ 650.00 | $725.90 | 8/1/2013 | ($75.90) | $ 390.20 | |
| 5/27/2016 | $ 650.00 | $725.90 | 9/1/2013 | ($75.90) | $ 314.30 | |
| 6/30/2016 | $ 325.00 | | | $325.00 | $ 639.30 | |
| 7/22/2016 | $ 650.00 | $694.51 | 10/1/2013 | ($369.51) | $ 269.79 | pcn |
| 9/2/2016 | $ 650.00 | $694.51 | 11/1/2013 | ($44.51) | $ 225.28 | |
| 9/26/2016 | $ 650.00 | $694.51 | 12/1/2013 | ($44.51) | $ 180.77 | |
| 10/25/2016 | $ 650.00 | $694.51 | 1/1/2014 | ($44.51) | $ 136.26 | |
| 11/23/2016 | $ 650.00 | $694.51 | 2/1/2014 | ($44.51) | $ 91.75 | |
| 12/23/2016 | $ 650.00 | $694.51 | 3/1/2014 | ($44.51) | $ 47.24 | |
| 1/26/2017 | $ 650.00 | $694.51 | 4/1/2014 | ($44.51) | $ 2.73 | |
| | | $649.14 | 5/1/2014 | $0.86 | $ 3.59 | pcn |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of: **Response to Notice of Final Cure Payment** was mailed to the following interested parties if they have not been electronically notified

**ROBERTO LOPEZ**
**2418 W. BLOOMINGDALE AVE.**
**UNIT 101**
**CHICAGO, IL 60647**

**VICTORIA J CARPENTER**
**LEGAL RESCUES**
**BY ELECTRONIC FILING**

**TRUSTEE**
**TOM VAUGHN**
**BY ELECTRONIC FILING**

**U.S. TRUSTEE**
**PATRICK S LAYNG**
**OFFICE OF THE U.S. TRUSTEE, REGION 11**
**BY ELECTRONIC FILING**


On February 7, 2017 with the correct postage prepaid in the United States mail box at 29 E Madison St., Chicago, IL 60602

**Case No. 12 B 28123**

/s/Daniel H. Olswang
DANIEL H. OLSWANG
HAUSELMAN, RAPPIN & OLSWANG, LTD.
29 E Madison St., Suite 950
Chicago, Illinois 60602
312/372-2020
Attorney No. 06237810